DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CAITLIN E. HOWARD
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MEGAN COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR S-09-0248-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) JURY TRIAL AND TO SET HEARING ON |
| v. | ) MOTION TO SUPPRESS EVIDENCE AND |
| | ) BRIEFING SCHEDULE |
| MEGAN COLLINS, | ) |
| | ) |
| Defendant. | ) Date:  September 15, 2009 |
| | ) Time:  10:00 a.m. |
| _____ | ) Judge: Hon. DALE A. DROZD |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MEGAN COLLINS, by counsel LAUREN CUSICK, Office of the Federal Defender, stipulate to vacate the trial confirmation hearing set for July 28, 2009, at 10:00 a.m. and the jury trial set for August 17, 2009 at 10:00 a.m., and set this case for hearing defendant's motion to suppress evidence on September 15, 2009, at 10:00 a.m.

    The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court

1

1  should exclude time from the date of this order through September 15,
2  2009, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local
3  Code T4].  The parties further stipulate that the Court should exclude
4  time through September 15, 2009, for pretrial motions. 18 U.S.C. § 3161
5  (h)(1)(F) [Local Code E].
6       The parties stipulate to the following briefing schedule:
7       Defendant's Motion due . . . . . . . . . . . . .   August 11, 2009
8       Government's Response due . . . . . . . . . . .  September 1, 2009
9       Defendant's Reply due . . . . . . . . . . . . .  September 8, 2009
10      Motion Hearing . . . . . . . . .   September 15, 2009 at 10:00 a.m.
11 The parties agree that the Court may set the jury trial following the
12 motion hearing.
13 Dated:   July 16, 2009
                                        Respectfully submitted,
14
                                        DANIEL J. BRODERICK
15                                      Federal Defender
                                         __/s/_____
16                                      LAUREN CUSICK
                                        Assistant Federal Defender
17                                      Attorney for Defendant
                                        MEGAN COLLINS
18
19 Dated: July 16, 2009                 LAWRENCE G. BROWN
                                        Acting United States Attorney
20                                       _/s/_____
                                        MATTHEW C. STEGMAN
21                                      Assistant U.S. Attorney
22 IT IS SO ORDERED.
23 DATED: July 17, 2009.
24
25                                      _____
                                        DALE A. DROZD
26                                      UNITED STATES MAGISTRATE JUDGE
27 Ddad1/orders.criminal/collins0248.stipord
28