BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLLEEN R. VILLARREAL
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739

FILED
FEB 1 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> MEGAN COLLINS,                  )<br>                                 )<br>            Defendant.           )<br> _____) | CR. NO. S-09-248 DAD<br><br>GOVERNMENT'S MOTION TO DISMISS<br>INFORMATION AND [PROPOSED]<br>ORDER<br><br>DATE: February 16, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Cr. No. S-09-248 DAD.

DATED: February 11, 2010          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ Matthew C. Stegman
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: 2/11/10

_____
HON. DALE A. DROZD
United States Magistrate Judge